FILED
2007 OCT -4 PM 2:20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON)

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> JOE ALATORRE, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 07CR0164GT <br><br> ORDER AUTHORIZING ADDITIONAL INTERPRETER EXPENSES <br><br> [18 U.S.C. §3006A(a)] |

On considering the application of NELLIE YANEZ for additional interpreter fees and good cause appearing therefore;

**IT IS HEREBY ORDERED** that an additional $386.50 is authorized in the above-entitled matter. This is in addition to the initial allotment of $500.00 for a total of $886.50.

**IT IS FURTHER ORDERED** that **only the application** be sealed in its entirety

Dated: 10-2-07

_____
UNITED STATES DISTRICT COURT JUDGE